IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES BUSH**                                                                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 4:11CV87-WAP-JMV**

**DELTA REGIONAL MEDICAL CENTER**                                  **DEFENDANT**

**ORDER**

Before the court are Defendant Delta Regional Medical Center's Motion to Compel Service of Initial Disclosures (# 20) and Motion to Withdraw Motion to Compel Service of Initial Disclosures (# 21). The motion to withdraw is well-taken and is hereby **GRANTED**. The motion to compel is terminated.

SO ORDERED this 28th day of October, 2011.

                                                                          /s/ Jane M. Virden
                                                                   UNITED STATES MAGISTRATE JUDGE