IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES BUSH                                                                          PLAINTIFF

v.                                                    CIVIL ACTION NO. 4:11CV87-WAP-JMV

DELTA REGIONAL MEDICAL CENTER                                   DEFENDANT

## ORDER

Before the court are Defendant Delta Regional Medical Center's Motion to Compel Service of Initial Disclosures (# 20) and Motion to Withdraw Motion to Compel Service of Initial Disclosures (# 21). The motion to withdraw is well-taken and is hereby **GRANTED**. The motion to compel is terminated.

SO ORDERED this 28th day of October, 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE