IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES BUSH                                                                               PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 4:11cv87-A-V

DELTA REGIONAL MEDICAL CENTER                                            DEFENDANT

## ORDER

This matter is before the court on motion of the plaintiff to compel discovery (# 32). The court has examined the plaintiff's motion and the discovery responses attached to the motion. The court has also considered defendant's response and objections to the discovery at issue. Based on the record, the court finds that defendant has sufficiently responded to discovery propounded by the plaintiff, and that plaintiff's motion is without merit. The court also admonishes the plaintiff that unfounded personal attacks on the integrity of counsel opposite will not be tolerated. Should plaintiff, in the future, make any such frivolous accusations, the court will impose appropriate sanctions against him.

IT IS THEREFORE ORDERED that the plaintiff's motion to compel discovery responses (# 32) is hereby DENIED.

SO ORDERED, this the 10th day of April 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE